UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDY STEVEN OLIVA-LOPEZ,<br><br>*Defendant*. | Criminal Action No. 24-343 (LLA) |

**ORDER**

On September 17, 2024, Mr. Oliva-Lopez pled guilty to Count 1 of the information, ECF No. 24, and the court set a sentencing hearing for January 17, 2025. *See* September 17, 2024 Minute Entry. In early January, Mr. Oliva-Lopez motioned for a sixty-day continuance. ECF No. 37. Mr. Oliva-Lopez argues that a continuance is warranted because "[t]here is a reasonable expectation that with the change in administration in January 2025, the administration of January 6th criminal cases will change" and "dismissals—of cases or charged counts—and changes to sentencing recommendations" may result. *Id.* at 2. The United States opposes Mr. Oliva-Lopez's request. ECF No. 40.

Mr. Oliva-Lopez's motion is **DENIED**. As other judges in this district have explained, "[w]hatever the President-elect may or may not do with respect to some of those charged at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution." *United States v. Baez*, No. 21-CR-507, ECF No. 121, Order (D.D.C. Nov. 19, 2024); *see United States v. Lichnowski*, No. 23-CR-341, ECF No. 73, Order (D.D.C. Nov. 7, 2024) (explaining that "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation

to carry out the legal responsibilities of the Judicial Branch"); *see also, e.g.*, *United States v. Carnell*, No. 23-CR-139, Minute Order (D.D.C. Nov. 6, 2024); *United States v. Bosch*, No. 24-CR-210, Minute Order (D.D.C. Nov. 7, 2024); *United States v. Baker*, No. 24-CR-121, Minute Order (D.D.C. Nov. 11, 2024); *United States v. Allen*, No. 23-CR-261, Minute Order (D.D.C. Nov. 12, 2024); *United States v. Johnson*, No. 24-CR-141, Minute Order (D.D.C. Nov. 13, 2024); *United States v. Fuller*, No. 23-CR-209, ECF No. 101, Order (D.D.C. Nov. 21, 2024).

Mr. Oliva-Lopez shall file his sentencing memorandum on or before January 8, 2025. The parties shall file responses, if any, on or before January 15, 2025. The sentencing hearing shall proceed as scheduled on January 17, 2025 at 2:00 p.m. in Courtroom 21. *See* September 17, 2024 Minute Entry.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 6, 2025