INVESTIGATION REPORT

| | |
|---|---|
| CASE: | *United States v. Andy Oliva-Lopez*<br>24-CR-343-LLA |
| ATTORNEY: | Peyton Lee |
| INVESTIGATOR: | Kate Marshall |
| WITNESS: | Vilma Lopez (dob ▓▓▓▓▓)<br>▓▓▓▓▓ Oregon<br>▓▓▓▓▓ |
| INTERVIEW DATE: | November 13, 2024 |

    On the above date at 4:15 p.m., Federal Public Defender Spanish Interpreter Diana Arbiser and I contacted Vilma Lopez on the phone. We had arranged this appointment via text messages (also in Spanish) on November 12th. I reminded Ms. Lopez that I work with the attorney who represents her son Andy. I explained that the attorney Peyton asked me to gather background information about Andy. Ms. Lopez stated that she works at Arnprior Aerospace, the same place where Andy works. However, she works on the assembly line and Andy is a machinist. Ms. Lopez estimated that she has worked there about a total of 5 years, but not consecutive years. She explained she moved back to Portland from Arizona after her husband died in 2021. Before working at Arnprior, Ms. Lopez's work was primarily packaging fruits and vegetables. She stated that she has had a steady job all her life.

    Ms. Lopez confirmed that Andy was born in San Francisco. In response to being asked if he was a healthy baby, she answered, "Yes and no. We both almost died during birth." She continued that was because of malpractice and because she did not want a C-section. She explained that she planned to have a regular birth, not a C-section like before. She said that when the baby was about to be born, an anesthesiologist gave her more than she needed and that's why they almost died. She ended up having a C-section after all. Once Andy was home, he slept more during the day than at night. The doctor told her that that was just the way Andy slept and was not because he was in pain or had colic.

    Ms. Lopez recalled that they moved from San Francisco to Alaska when Andy was about six months old, so in late 1996 or early 1997. She clarified that the family at that time consisted of Andy's older sister Ashley, his dad Manuel and herself. She stated that they moved to Alaska for a supposedly better paying job, "but working in fishing was dangerous because of being on a boat and being out at sea." Ms. Lopez stated that she stayed at home with the children. She remembered that Andy had pneumonia when he was about 7 months old. He was very sick. They drove him to the hospital, and he stayed there for two nights. It took a while for him to recover.

    Ms. Lopez stated that life in Alaska was difficult, very difficult. She said it is hard to talk about it. "That's when I started suffering from domestic violence from Andy's dad." She recalled

that the family moved back to Portland in 1998. Her two youngest children were born in Portland. She stated that Andy's father and she split up after the birth of her fourth child.

Ms. Lopez estimated that she was the victim of domestic violence for about seven or eight years. She acknowledged that Ashley and Andy saw some of the violence. She stated that Andy's dad went to jail around 2003 because Ashley had to call the police because he was strangling Ms. Lopez in the garage. He was released and then came back to Portland again. She remembered that after that, he went to federal prison "for drugs" for around 3 years. She thought Ashley was 12 and Andy was nine when their dad went prison. She said he was in the federal prison in Sheridan, Oregon, and the kids stayed in contact with him. "He spoke with them from prison. He was not violent towards them," she said. She did not recall Andy being shy around his dad. She remarked that Andy stayed close to her, hugged her, because he was fearful.

Ms. Lopez recalled that when Andy was five or six years old, a doctor said Andy had ADHD and prescribed some medicine for him. Ms. Lopez stated that she did not give Andy the medicine, because she thought he was just being a boy and would grow out of it. She stated that Andy had a difficult time at school because he had lots of energy. "It was difficult for him to focus on something." She remembered that Andy had friends at school and at home in their duplex. He got good grades, but the teachers complained about him having lots of energy. She said it was foolish of her not give Andy the medicine. She estimated that Andy went to about 4 different school because they moved a few times.

Ms. Lopez recalled that she was arrested by immigration in 2008 after she committed a crime – shoplifting. She stated that she was in the Northwest Detention Center in Tacoma for 8 months. During that time, her four children first went to Honduras to live with her mother, "because I did not have no one else for them." When it was time to go to school, her sister sent the children back to Portland to stay with her sister's partner. He provided a place for them to stay and food. Ms. Lopez declared that her children suffered lots during the time she was in detention. "I was the only person they had. They needed my attention. They had to take care of themselves." Ms. Lopez said that Ashely was 14, and she fed them, bathed them, put them to bed. She said that their grades in school went down during this time. She remembered that Andy gave her a big hug and cried when she came home.

Ms. Lopez stated that when she was in detention, her immigration attorney helped her to get a work permit because Ms. Lopez was a victim of domestic violence. Ms. Lopez said she had the work permit for four years and then got residency.

In response to being asked what she thought was important to know about Andy, Ms. Lopez stated that he is a responsible, hard-working man. She acknowledged that he did something he should not have done. She said that was out of the ordinary for him. "He has never been in trouble like this before." She said he gets along very well with his sisters. She said he pays his bills. "He has had two jobs at a time." She said he does not go out partying, he does not hang out in the streets, but he does drink once in a while. He pays her rent. They ask him to fix things in their home and he does it.